Maureen Gaughan
PO Box 6729
Chandler, AZ  85246-6729
(480) 899-2036

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| THE HAY COMPANY, LLC | ) | CASE NO. 2:16-07225-PS |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1022 | 02/05/19 | HARBOR GREEN GRAIN, L.P.<br>C/O FRANK ZUO<br>20100 ALAMEDA STREET<br>COMPTON CA 90221 | $14,391.36 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $14,391.36 to the Clerk of Court to be deposited in the Registry thereof.

June 7, 2019
DATE

_____
Maureen Gaughan, Trustee